**STATE of Missouri, Respondent,**

v.

**Johnnie Jewiel WILLIAMS, Appellant.**

**No. WD 74297.**

Missouri Court of Appeals, Western District.

Nov. 27, 2012.

Richard A. Starnes, Jefferson City, for Respondent.

Alexa I. Pearson, for Appellant.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

#### *ORDER*

PER CURIAM:

Johnnie J. Williams appeals his conviction following a jury trial for felony driving while suspended in violation of Section 302.321, RSMo Cum.Supp.2011. In his

sole point on appeal, Williams claims that the trial court plainly erred in admitting copies of his driving records from the Missouri Department of Revenue because, (1) they contained hearsay, including results of blood alcohol tests, and (2) Williams was prejudiced because no other evidence proved that his license was suspended or that the suspension that the Department of Revenue sent notice of was valid, both of which Williams contested. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).